

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2015

No. 04-15-00558-CR
Jose Antonio **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8928
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

　　　Extension of time to file the court reporter's record is this date NOTED.  Time is extended to October 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
　　　　　　　KEITH E. HOTTLE
　　　　　　　CLERK OF COURT

cc: Kay Gittinger
Official Court Reporter - 144th District Court
Cadena-Reeves Justice Center
300 Dolorosa, 3rd Floor
San Antonio, TX 78205

William T. Reece, Jr.
Attorney At Law
107 Woodward Place
San Antonio, TX 78204

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205